IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 05-30086-11-GPM ) |
| FAUSTO MANUEL MUNOZ-PUNTIVERAS, | ) ) ) |
| Defendant. | ) ) |

# ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of Defendant Fausto Manuel Munoz-Puntiveras to Counts 1, 6, and 7 of the Indictment is hereby accepted, and Defendant is adjudged guilty of such offenses.

A Presentence Investigation Report is ordered. The Court will defer a decision on the Plea Agreement pending review of the Presentence Investigation Report.

Sentencing is hereby scheduled for Monday, July 24, 2006, at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: 4/28/2006

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge